BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00344-EFB |
| Plaintiff, | UNITED STATES'S MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE AND PROPOSED ORDER |
| v. | |
| ROBERT DENNY WILLIAMS, | |
| Defendant. | Judge: Hon. Kendall J. Newman |

**MOTION TO DISMISS**

The United States, by and through its undersigned counsel, hereby moves for an order dismissing the Criminal Complaint against defendant Robert Denny Williams pursuant to Federal Rule of Criminal Procedure 48(a).

On November 7, 2013, the United States filed a Criminal Complaint charging the defendant with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846 and 841(a)(1).

Subsequent to the Criminal Complaint, the United States obtained exculpatory information related to the case pending against the defendant.  Based on the exculpatory information obtained from the

on-going investigation, the United States now believes that insufficient evidence exists to sustain a conviction against the defendant.

Based on the above information, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States now moves to dismiss without prejudice the pending Criminal Complaint against the defendant in the above-captioned matter.

DATED: November 21, 2013           Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                    /s/ Justin L. Lee
                                   JUSTIN L. LEE
                                   Assistant U.S. Attorney



### ORDER

IT IS SO FOUND AND ORDERED, this 21st day of November, 2013. Pursuant to Federal Rule of Criminal Procedure 48(a), for the reasons set forth above, **IT IS HEREBY ORDERED** that the pending Criminal Complaint in case number 2:13-MJ-00344 is **DISMISSED WITHOUT PREJUDICE.**

Dated:  November 21, 2013

                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE